IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00268-PAB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

NOE A. GOMEZ and
SANDRA GOMEZ,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 7, 2009.**

    Plaintiff's Unopposed Motion to Amend Complaint and Supporting Memorandum of Law [filed July 6, 2009; docket #21] is **granted**. The Clerk of Court is directed to enter the Amended Complaint located at Docket #21-4.