IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00268-PAB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

NOE A. GOMEZ,
SANDRA GOMEZ,
GREGORY K. BARNETT d/b/a Barnetts Designs, Inc., and
G CONSTRUCTION, INC.,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Joint Motion for Dismissal With Prejudice [Docket No. 67]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Motion for Dismissal With Prejudice [Docket No. 67] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendants Noe A. Gomez, Sandra Gomez, and G Construction, Inc. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 28, 2010.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge