IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00268-PAB-MEH

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

GREGORY K. BARNETT d/b/a Barnetts Designs, Inc.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 10, 2010.**

    Plaintiff's Unopposed Motion to Vacate Telephonic Status Conference [filed February 10, 2010; docket #70] is **granted**. The Status Conference scheduled for February 11, 2010, is hereby **vacated**. The parties shall file dismissal papers with the Court on or before February 26, 2010.